JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARIE BÄRSCH<br><br>Plaintiff,<br><br>v.<br><br>BLUBERRI BEAUTY LLC; and DOES 1 through 10 inclusive<br><br>Defendants. | Case No. 8:24-cv-01313-FWS-KES<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///
///
///

# JUDGMENT

On November 27, 2024, the court granted in substantial part Plaintiff Marie Barsch's ("Plaintiff") Motion for Default Judgment against Defendant Bluberri Beauty LLC ("Defendant"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Plaintiff and against Defendant, in the total amount of **$11,620.00**, exclusive of post-judgment interest, which represents the sum of $9,750.00 in compensatory damages; $1,175.00 in attorney fees; and $695.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated: November 27, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE